# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**PHYLLIS RENEE WILLAMS,**

    **Plaintiff,**

**v.**                                     Case No.  8:03-cv-2561-T-30MAP

**JPI JONES PHARMACEUTICAL, et al,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Strike Portions of Plaintiff's Evidence in Opposition to Defendants' Motion for Summary Judgment (Dkt. #57), and Plaintiff's response thereto (Dkt. #60).  The Court's findings with respect to Defendants' summary judgment motion were unaffected by the issues raised in Defendants' Motion.  It is therefore ORDERED AND ADJUDGED that Defendants' Motion to Strike Portions of Plaintiff's Evidence in Opposition to Defendants' Motion for Summary Judgment (Dkt. #57) is **DENIED**.

    **DONE** and **ORDERED** in Tampa, Florida on July 29, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-2561 Motn Strike.wpd